IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TANTIVY COMMUNICATIONS, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:04-CV-79 (TJW) |
| LUCENT TECHNOLOGIES INC., | § | |
|     Defendant. | § | |
| | § | |
| | § | |

## ORDER

The Court hereby grants Plaintiff's Unopposed Motion for Relief (#222).

SIGNED this 2nd day of November, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE