Scanned

FILED-CLERK
U.S. DISTRICT COURT

NOV 2 2005 AM 8:51

TX EASTERN-MARSHALL

BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TANTIVY COMMUNICATIONS, INC., | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | Civil Action No. 2-04-CV-79 TJW |
| | § | |
| LUCENT | § | |
| TECHNOLOGIES, INC. | § | |
| | § | |
| Defendants. | § | |

## STIPULATION AND ORDER OF DISMISSAL

On this date appeared counsel of record for the parties in the above-referenced cause, and announced their stipulation that this action should be dismissed with prejudice as to (a) Tantivy's claims against Lucent; and (b) Lucent's counterclaims against Tantivy, except that such dismissal shall be without prejudice as to Lucent's claims of invalidity and unenforceability to the extent Tantivy asserts the Patents against Lucent. Accordingly, it is ORDERED that:

1. This cause is dismissed;

2. All parties shall bear their own costs; and

3. All relief not expressly granted herein is denied.

Signed this 2nd day of November 2005.

_____
United States District Judge

Stipulated and agreed by:

_____
D. Dudley Oldham
State Bar No. 15248000
Robert S. Harrell
Linda Addison
State Bar No. 00903700

FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:   (713) 651-5151
Telecopier:  (713) 651-5246

**Attorneys for Tantivy Communications, Inc.**

_____
Robert W. Turner
State Bar No. 20329000
State Bar No. 09041350

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:   (214) 220-3939
Telecopier:  (214) 969-5100

**Attorneys for Lucent Technologies, Inc.**