IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TANTIVY COMMUNICATIONS, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:04-CV-79 (TJW) |
| LUCENT TECHNOLOGIES INC., | § | |
|     Defendant. | § | |
| | § | |
| | § | |

## ORDER

The Court has received a statement from the technical advisor for fees and costs incurred in preparing and traveling for trial. The Court has reviewed the statement and finds it to be in order. The total amount of the invoice is $2,827.50. The Court orders that each side remit payment in the amount of $1,413.75 to Mr. Richard Egan at O'Keefe, Egan & Peterman LLP, 1101 Capital of Texas Highway South, Building C, Suite 200, Austin, TX 78746.

    SIGNED this  3rd  day of November, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE