### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| TANTIVY COMMUNICATIONS, INC., § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No. 2-04-CV-79 (TJW) |
| LUCENT TECHNOLOGIES INC., § § § | |
| Defendant. | |

### ORDER GRANTING LUCENT'S UNOPPOSED MOTION TO VACATE DOCKET NUMBER 214

Before the Court is Lucent's Unopposed Motion to Vacate Docket Number 214 ("Motion"). The Court finds that the Motion is well taken. Accordingly, the Court orders that Docket Number 214 is vacated.

SIGNED this  9th  day of March, 2006.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE